**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Ruben SETTLE, Defendant–Appellant.**

**No. 15–10347.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 25, 2016.\*

Filed Feb. 29, 2016.

Mark Alexander Inciong, Esquire, Assistant U.S., DOJ–Office of the U.S. Attorney, Honolulu, HI, for Plaintiff–Appellee.

Salina Kanai Althof, Assistant Federal Public Defender, FPDHI–Federal Public Defender's Office, Honolulu, HI, for Defendant–Appellant.

Before: HUG, FARRIS, and CANBY, Circuit Judges.

MEMORANDUM \*\*

Ruben Settle appeals from the district court's judgment and challenges his guilty-plea conviction and 210–month sentence for possession with intent to distribute 500 grams or more of a mixture or substance containing methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Settle's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of

record. We have provided Settle the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.